**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| DEAN CHARLES TESSITORE | CIVIL ACTION<br>NO. 06-4126 |
| VERSUS | |
| CHEVRON ORNITE COMPANY,<br>L.L.C. ET AL. | SECTION M |

### ORDER

Before the Court is Plaintiffs' Motion to Remand, which is unopposed by the Defendants and which appears meritorious to the Court.

Accordingly, the Motion is **Granted**, and the matter is remanded to the Civil District Court for the Parish of Orleans.

New Orleans, Louisiana, this 3rd day of October.

Peter Beer
United States District Judge